```
                    UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF WEST VIRGINIA
                           AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:15-00112

**CHRISTOPHER E. STRICK**


<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On May 30, 2019, the United States of America appeared by Ryan Saunders, Assistant United States Attorney, and the defendant, Christopher E. Strick, appeared in person and by his counsel, Gary Collias, for a hearing on the petition seeking revocation of supervised release and amendments thereto submitted by United States Probation Officer Dylan Shaffer.  The petition had previously been held in abeyance by the court with findings made thereto, as noted in the court's order of January 18, 2019.  The defendant commenced a three-year term of supervised release in this action on August 4, 2016, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on October 2, 2015.

The court heard the admissions of the defendant and the representations and argument of counsel.

**For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence, in addition to the findings previously made by the court as noted in the January 18, 2019 order, that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant failed to comply with the probation officer's directions regarding substance abuse treatment in that he only attended about one-half of the counseling sessions since February 25, 2019, and did not attend any substance abuse treatment as scheduled since April 23, 2019, and further failed to submit urine screens as instructed by the probation officer on February 21 and 25, 2019, March 5, 13, and 25, 2019, and April 4, 10, 15, 22, and 25, 2019, and failed to report for treatment programming on April 24 and 25, 2019; (2) on April 6, 2019, the defendant was found in possession of drug paraphernalia; and (3) also on April 6, 2019, the defendant was questioned by members of the Charleston, West Virginia Police Department, of which he failed to notify the probation officer; all as admitted by the defendant on the record of the hearing and all as set forth in the amendments to the petition on supervised release.**

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of SIX (6) MONTHS, to be followed by a term of thirty (30) months of supervised release upon the same terms and conditions as heretofore and the special condition that he participate in, and successfully complete, substance abuse counseling and treatment as directed by the probation officer.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: May 31, 2019

_____
John T. Copenhaver, Jr.
Senior United States District Judge